IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

U.S. BANK NATIONAL ASSOCIATION, AS
TRUSTEE FOR THE REGISTERED HOLDERS OF
AEGIS ASSET BACKED SECURITIES TRUST        CASE NUMBER: 3:11-cv-00060
2005-2, MORTGAGE BACKED NOTES

PLAINTIFF,

VS.

CLARENCE ENGLE, SUSAN ENGLE, MIDLAND
CREDIT MANAGEMENT, INC., TERRY J.
NEUBAUER, MERS, INC. as nominee for PGNF
HOME LENDING CORPORATION,

 DEFENDANTS.

ORDER TO SET ASIDE JUDGMENT AND DISMISS CASE

This matter is before the Court on plaintiff's motion to set aside judgment and dismiss the case (Doc. 17). The Court being duly advised in the premises, GRANTS the motion. The judgment entered on March 31, 2011 (Doc. 14) is hereby set aside, and this matter is dismissed without prejudice as the parties have entered into a loan modification.

Dated: September 20, 2011

Digitally signed by
David R. Herndon
Date: 2011.09.20
14:04:07 -05'00'

Chief Judge
United States District Court